# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ROBERT ALLEN BARR, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00031-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2020 Order.

October 9, 2020

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court